In the Matter of the Application of IRENE McCANLISS, Petitioner, for an Alternative Prohibition Order against Hon. JOSEPH MORSCHAUSER, Individually and as a Justice of the New York Supreme Court Holding Special Term for the County of Dutchess, and LEE McCANLISS, Defendants.— Motion for alternative writ of prohibition denied, without costs. The marital status and rights of the parents remain unchanged until a judgment has been entered annulling the marriage. (Jones v. Brinsmade, 183 N. Y. 258; Matter of Moncrief, 235 id. 390.) Section 70 of the Domestic Relations Law █ provides that a husband or wife, living apart without being divorced, and being the parent of a minor child, may apply for the writ of habeas corpus issued in this proceeding. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of ROBERT J. F. SCHWARZENBACH, JOSEPH BOTTO, CHARLES I. BUDILL and ELKABESS COMPANY, INC., Appellants, for a Certiorari Order against C. CHESTER PAINTER and Others, Constituting the Town Board of the Town of Oyster Bay, Respondents.— Motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of PETER WAGNER for the Payment of an Award Made for Lot 78, Section 15, Block 4808, in the Final Decree of the Supreme Court in a Proceeding to Acquire Title by the City of New York to Certain Lands and Premises Consisting of a Block Bounded by Troy Avenue, Maple Street, Schenectady Avenue and Midwood Street, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRIS JOSEPHSON, Appellant, v. HARRY SCHWARTZ, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

EUGENE KADE, Respondent, v. SANITARY FIRE PROOFING AND CONTRACTING COMPANY, Appellant.— Motion to strike out portions of notice of appeal denied, without prejudice to a renewal upon the hearing of the appeal. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

GEORGE T. KELLY, Respondent, v. BIRCH BROOK CO., INC., and 57 PONDFIELD ROAD, INC., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

BENJAMIN MARTIN, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

ANNIE McCARTHY, as Administratrix, etc., of EDWARD A. McCARTHY, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.